# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-  Case No. 6:06-cr-179-Orl-31UAM

**LONNIE ROBINSON**
_____

## ORDER

Upon consideration of the Report and Recommendation of Magistrate Judge Kelly (Doc. 61) recommending that Defendant's Motions to proceed *in forma pauperis* (Doc. Nos. 57 and 59) be denied, and Defendant's Objections thereto (Doc. 62), it is

**ORDERED** that said Motions are DENIED. Defendant's appeal is not taken in good faith.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 1, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Lonnie Robinson